1  Michael F. Ball, # 116328  (SPACE BELOW FOR FILING STAMP ONLY)
   McCormick, Barstow, Sheppard,
2  Wayte & Carruth LLP
   P.O. Box 28912
3  5 River Park Place East
   Fresno, CA  93720-1501
4  Telephone:     (559) 433-1300
   Facsimile:      (559) 433-2300
5
   Attorneys for Defendant
6  THE RAYMOND CORPORATION

7
                    UNITED STATES DISTRICT COURT
8
                           EASTERN DISTRICT
9

10 URBANO SERQUINA                    Case No.  1:08-CV-01741-AWI-GSA

11         Plaintiffs,                **STIPULATION REGARDING PHYSICAL EXAMINATION OF PLAINTIFF AND ORDER THEREON**
12      v.

13 THE RAYMOND CORPORATION, and
   DOES 1 through 20,
14
           Defendants.
15

16         Defendant THE RAYMOND CORPORATION has requested that Plaintiff URBANO SERQUINA present for a physical examination by orthopedic surgeon, Ronald R. Castonguay, M.D., on Monday, October 26, 2009 at 1:00 P.M. at Dr. Castonguay's office, located at 7255 North Cedar Avenue, Suite 103 in Fresno, California 93720.  The examination will be for the purposes of determining the nature and extent of Plaintiff's injuries sustained in his September 19, 2006 accident at Leprino Foods, Plaintiff's present condition, his prognosis and need for future care, if any.  Good cause exists for a physical examination of Plaintiff because Plaintiff has brought this present action against Defendant in which Plaintiff alleges that he sustained certain physical injuries.

           ACCORDINGLY, the Parties hereto, by and through their respective attorneys of record, STIPULATE AND AGREE to the following:

           1.      Plaintiff URBANO SERQUINA shall present for a physical examination by orthopedic surgeon, Ronald R. Castonguay, M.D., on Monday, October 26, 2009 at 1:00 P.M.

at Dr. Castonguay's office, located at 7255 North Cedar Avenue, Suite 103 in Fresno, California.

      2.     Defendant THE RAYMOND CORPORATION shall comply with the requirements of Federal Rule of Civil Procedure 35(b) and will promptly deliver a copy of Dr. Castonguay's report of his examination to Plaintiff's counsel upon its receipt.

      3.     Defendant THE RAYMOND CORPORATION shall bear all the costs associated with Dr. Castonguay's examination of Plaintiff.

      4.     The diagnostic tests and procedures to be utilized at the examination will not include any diagnostic tests or procedures that are painful, protracted, or intrusive.

Dated: September 23, 2009

McCORMICK, BARSTOW, SHEPPARD
WAYTE & CARRUTH LLP


By: /s/ *Michael F. Ball*
Michael F. Ball
Adam D. Wahlquist
Attorneys for Defendant
THE RAYMOND CORPORATION

Dated:  September 23, 2009

LAW OFFICES OF EDWARD B. CHATOIAN


By: /s/ *Edward B. Chatoian*
Edward B. Chatoian (as authorized on 09/23/09)
Attorneys for Plaintiff
URBANO SERQUINA

## **ORDER**

GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING STIPULATED TO THE SAME, the Court adopts the STIPULATION. All Parties in this action shall abide by the terms of this Stipulation.

**IT IS SO ORDERED:**

Dated:  September 24, 2009            **/s/ Gary S. Austin**
                                      The Honorable Gary S. Austin
                                      United States Magistrate Judge

73527/00000-1447880.v1