Michael F. Ball, # 116328
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
THE RAYMOND CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| URBANO SERQUINA<br><br>            Plaintiffs,<br><br>     v.<br><br>THE RAYMOND CORPORATION, and DOES 1 through 20,<br><br>            Defendants. | Case No. 1:08-CV-01741 AWI CSA<br><br>**STIPULATION TO AMEND SCHEDULING CONFERENCE ORDER, TO CONTINUE TRIAL DATE, AND ORDER THEREON**<br><br>**Proposed New Dates:**<br><br>**Discovery Deadlines:**<br>Non-Expert Disclosures: June 4, 2010<br>Expert Disclosures:<br>        Plaintiff:     June 11, 2010<br>        Defendant:  June 25, 2010<br>Supp. Expert Disclosures: July 16, 2010<br>Expert Discovery: August 20, 2010<br><br>**Motion Deadlines:**<br>        Non Dispositive: September 10, 2010<br>        Dispositive: October 1, 2010<br><br>Settlement Conference: August 24, 2010<br>        10:30 a.m., Judge Gary S. Austin<br><br>Pre-Trial Conference: September 30, 2010<br>        8:30 a.m., Judge Anthony W. Ishii<br><br>Trial (Jury: 10 days):  November 30, 2010<br>        8:30 a.m., Judge Anthony W. Ishii |

## STIPULATION

WHEREAS, Plaintiff URBANO SERQUINA and Defendant THE RAYMOND CORPORATION previously submitted a Mandatory Joint Scheduling Conference Report to the Court, and the Court, by Scheduling Conference Order issued January 20, 2009 established a schedule and trial date for the case;

WHEREAS, Plaintiff and Defendant have not completed expert disclosures and expert discovery in the case;

WHEREAS, Plaintiff and Defendant have agreed to extend the schedule set forth in the January 20, 2009 Scheduling Conference Order and continue the trial date as set forth in the (Proposed) Scheduling Order below.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their respective counsel of record, and they each request that the Court enter an order amending the January 20, 2009 Scheduling Conference Order to adjust the schedule in the case as follows:

1. The non-expert disclosures deadline shall be extended to June 4, 2010.
2. Plaintiff's expert disclosure deadline shall be extended to June 11, 2010.
3. Defendant's expert disclosure deadline shall be extended to June 25, 2010.
4. The supplemental expert disclosure deadline shall be extended to July 16, 2010.
5. The deadline for expert discovery shall be extended to August 20, 2010.
6. The non-dispositive motion deadline shall be extended to September 10, 2010.
7. The dispositive motion deadline shall be extended to October 1, 2010.
8. A Settlement Conference shall be held in this case at 10:30 a.m. on August 24, 2010 before the Honorable Gary S. Austin, Magistrate Judge.
9. A Pre-Trial Conference shall be held in this case at 8:30 a.m. on September 30, 2010 before the honorable Anthony W. Ishii, Judge.

///

10.   The Trial of this matter shall commence at 8:30 a.m. on November 30, 2010 before the honorable Anthony W. Ishii, Judge.

Dated: March 16, 2010                         LAW OFFICES OF EDWARD B. CHATOIAN


By:  /s/ *Edward B. Chatoian* (as authorized on March 16, 2010)
Edward B. Chatoian
Attorney for Plaintiff
URBANO SERQUINA


Dated: March 25, 2010                         McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH LLP


By:  /s/ *Michael F. Ball*
Michael F. Ball
Attorneys for Defendant
THE RAYMOND CORPORATION

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
P.O. Box 28912
Fresno, CA  93729-8912

# ORDER

The parties having so stipulated and agreed and good cause appearing, stipulation is **ADOPTED IN PART**. The January 20, 2009 Scheduling Conference Order is hereby AMENDED as follows:

1. The non-expert disclosures deadline shall be extended to June 4, 2010.
2. Plaintiff's expert disclosure deadline shall be extended to June 11, 2010.
3. Defendant's expert disclosure deadline shall be extended to June 25, 2010.
4. The supplemental expert disclosure deadline shall be extended to July 16, 2010.
5. The deadline for expert discovery shall be extended to August 20, 2010.
6. The non-dispositive motion deadline shall be extended to September 10, 2010.
7. The dispositive motion deadline shall be extended to October 1, 2010.
8. A Settlement Conference shall be held in this case at 10:30 a.m. on August 24, 2010 before the Honorable Gary S. Austin, Magistrate Judge.
9. A Pre-Trial Conference shall be held in this case at 8:30 a.m. on **December 30, 2010** before the Honorable Anthony W. Ishii, Judge.
10. The Trial of this matter shall commence at 8:30 a.m. on **March 1, 2011** before the Honorable Anthony W. Ishii, Judge.

**IT IS SO ORDERED.**

Date: March 30, 2010                    /s/ Gary S. Austin
                                        Gary S. Austin
                                        United States Magistrate Judge