Michael F. Ball, # 116328
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Raymond D. Jamieson, Esq.
Quarles & Brady LLP
411 East Wisconsin Avenue
   Suite 2040
Milwaukee, WI  53202-4497
Telephone:     414-2775000
Facsimile:      414-978-8754
raymond.jamieson@quarles.com

Attorneys for Defendant
THE RAYMOND CORPORATION

(SPACE BELOW FOR FILING STAMP ONLY)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT

| URBANO SERQUINA | Case No. 1:08-CV-01741 AWI CSA |
|---|---|
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |
| v. | |
| THE RAYMOND CORPORATION, and DOES 1 through 20, | |
| Defendants. | |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiff URBANO SERQUINA and Defendant THE RAYMOND CORPORATION that the Complaint filed herein shall be dismissed with prejudice.  The respective parties shall each bear their own costs and attorneys' fees.

/////

| | |
|---|---|
| Dated: January 5, 2011 | LAW OFFICES OF EDWARD B. CHATOIAN |
| | |
| | /s/ Edward B. Chatoian |
| | Edward B. Chatoian |
| | Attorney for Plaintiff |
| | URBANO SERQUINA |
| Dated: January 6, 2011 | |
| | /s/ Michael F. Ball |
| | Michael F. Ball #116328 |
| | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP |
| | P.O. Box 28912 |
| | 5 River Park Place East |
| | Fresno CA 93720-1501 |
| | Phone: (559)433-1300 |
| | mike.ball@mccormickbarstow.com |
| | |
| | Raymond D. Jamieson, *pro hac vice* |
| | QUARLES & BRADY LLP |
| | 411 E. Wisconsin Ave., Suite 2040 |
| | Milwaukee, WI 53202-4497 |
| | Phone: (414) 277-5000 |
| | raymond.jamieson@quarles.com |
| | Attorneys for Defendant |
| | THE RAYMOND CORPORATION |

### **ORDER**

Based on the Stipulation of the parties hereto and good cause appearing therefor,

IT IS ORDERED that the Complaint of Plaintiff URBANO SERQUINA is dismissed with prejudice. The respective parties shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:   January 12, 2011

CHIEF UNITED STATES DISTRICT JUDGE